| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: ) | IN THE LAKE SUPERIOR COURT |
| COUNTY OF LAKE | | _____, INDIANA |

RONDA HOLLIDAY, )
    Plaintiff, )
    -vs- ) CAUSE NO.: 45D11-2011-CT-001091
LOWES HOME CENTER, LLC, )
    Defendants. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now Plaintiffs, RONDA HOLLIDAY, by counsel, Wanda E. Jones of Jones Law Offices and for her cause of action against the Defendant, LOWES HOME CENTER, LLC, referred to as Defendant, states as follows:

1. That Plaintiff, RONDA HOLLIDAY, is a resident Merrillville, Lake County, Indiana.

2. At all times herein mentioned Defendant owned and/or operated and/or controlled and/or managed and/or maintained the premises more commonly known as Lowe's, located at 1520 E. 79th Ave., Merrillville, Indiana, hereinafter referred to as the "premises".

3. On and prior to December 13, 2018, it was the duty of Defendants to maintain and manage the premises at the above-said location with due care and caution, including keeping common areas and walkways used by customers and other persons in safe condition and free from any obstructions.

4. On or about December 13, 2018, Plaintiff, RONDA HOLLIDAY, was a business invitee, who was injured on the premises due to the negligent acts and

1

omissions of Defendants.

5. Defendant's negligent and careless acts and omissions include, but are not limited to: failure to properly maintain common areas on Defendant's premises, said areas being dangerous and defective for business invitees such as the Plaintiff; failure to inform and warn Plaintiff and other persons using the Defendant's premises of the dangerous and unsafe condition of the premises; failure to properly inspect and maintain the premises in a safe condition for use by business invitees such as the Plaintiff so as not to cause injury to the Plaintiff and others similarly situated.

6. Defendants knew, or by the exercise of ordinary and reasonable care should have known, of the unsafe and dangerous conditions then and there existing on the premises.

7. As a direct and proximate result of defendant's negligent acts and omissions, Plaintiff, RONDA HOLLIDAY, slipped and fell on Defendant's premises, sustaining severe and permanent injuries, incurred and will in the future incur expenses for him medical care and treatment, incurred a loss of earnings, and will in the future suffer pain, physical disability and emotional distress.

**WHEREFORE**, Plaintiff prays for judgment against the Defendants in an amount sufficient to compensate her for her damages, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, and for all other just and proper relief in the premises.

/s/: Wanda E. Jones
Wanda E. Jones, #11223-64
Attorney for Plaintiff

## JURY DEMAND

Comes now Plaintiff, by counsel, and demands trial by jury.

Respectfully submitted,

/s/: Wanda E. Jones
Wanda E. Jones, #11223-64
Attorney for Plaintiff
110 North Broad Street
Griffith, IN 46319
(219) 844-8888